## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCEPTER CORPORATION and )<br>SCEPTER MANUFACTURING LLC, )<br>)<br>Defendants. )<br>)<br>) | Case No. 18-cv-2683 JAR/KGG |

## DEFENDANTS' MOTION TO DISMISS FOR
## LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM, OR
## ALTERNATIVELY, TO TRANSFER TO THE DISTRICT OF DELAWARE

COMES NOW Scepter Corporation and Scepter Manufacturing, LLC ("Defendants"), and move the court for an Order of Dismissal pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). This Motion to Dismiss is based on lack of personal jurisdiction over Scepter Corporation and failure to state contract and trade dress claims. Alternatively, Defendants move the court for an Order to Transfer to the District of Delaware. A Memorandum in Support of this motion is being contemporaneously filed with this motion.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: *s/ Holly A. Dyer*
Jay F. Fowler, KS #10727
jfowler@foulston.com
T: 316.291.9541
Holly A. Dyer, KS #16644
hdyer@foulston.com
T: 316.291.9773
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
F: 316.267.6345

LATHAM & WATKINS LLP
Robert Steinberg (*pro hac vice* forthcoming)
bob.steinberg@lw.com
T: 424.653.5500
10250 Constellation Blvd.
Suite 1100
Los Angeles, CA 90067

Lisa K. Nguyen (*pro hac vice* forthcoming)
lisa.nguyen@lw.com
T: 650.328.4600
140 Scott Drive
Menlo Park, CA 94025

*Attorneys for Defendants Scepter Corporation and Scepter Manufacturing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to counsel of record.

*s/ Holly A. Dyer*
Holly A. Dyer, KS #16644