# EXHIBIT D

For Immediate Release – September 28, 2012



## Scepter Holdings acquires selected Blitz assets from Bankruptcy Court.

Scepter Holdings Inc., of Toronto, Ontario, Canada, has purchased selected assets of Blitz USA, comprising the land, buildings and machinery located in Miami, Oklahoma, for an undisclosed amount. The transaction closed on September 28, 2012.

 "Our immediate goal is to try to address the current void in the portable fuel container market place brought about by the forced bankruptcy of Blitz.  However, the high number of product liability lawsuits in the US concerns us.  It's something we have not witnessed in any other country we sell to around the world. All fuel cans will be manufactured to meet or exceed all applicable US and international standards.  Everyone needs to realize that gasoline must be handled in a safe manner, at all times." states Robert Torokvei, President of Scepter Holdings.

In the longer term, Scepter wants to build a viable export business from the Miami location and to broaden the overall product line to take advantage of the plant's excess capacity and available technology.

Torokvei hopes that the Miami, Oklahoma plant will be reopened in the near future and will run as a separate US entity under the Scepter Manufacturing, LLC banner. "We want a presence in the US and Miami is centrally located with an excellent work force. It will take time to reorganize, build new moulds using Scepter's current portable fuel container designs, hire and train staff, and introduce similar quality assurance procedures as those in operation at Scepter Corporation; but we hope to be up and running in early 2013. We look forward to being part of the community in Miami."

Scepter Holdings is a leading manufacturer of quality portable fuel containers through its wholly owned subsidiary, Scepter Corporation. In the mid 1950s, Scepter introduced the first plastic jerry cans for gasoline in North America. Today, besides being a leading manufacturer of portable fuel containers for the retail market, Scepter is also the sole supplier of portable fuel containers to the US Military and supplies 90% of the international OEM market for remote portable outboard engine fuel tanks.

Contact: Phil Monckton

Phone # 416 883-0627

Email: pmonckton@scepter.ca

###