# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-2681-JAR-KGG |
| | ) |
| SCEPTER CORPORATION, n/k/a | ) |
| 1216037 ONTARIO, INC., | ) |
| SCEPTER CANADA, INC., and | ) |
| SCEPTER MANUFACTURING LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff No Spill Inc. ("No Spill") seeks leave of Court to file its Second Amended Complaint based upon additional information it has obtained. The Second Amended Complaint is attached as Exhibit A to the motion filed concurrently with this memorandum in support.

Defendants have been provided with the proposed Second Amended Complaint and do not oppose leave being granted to file the Second Amended Complaint. Defendants' non-opposition to this motion does not constitute a waiver of any defense or counterclaims that any party may wish to raise concerning the Second Amended Complaint.

For the avoidance of doubt, the Second Amended Complaint will supersede the Amended Complaint (ECF # 21) making the Amended Complaint moot. Scepter Manufacturing, LLC's Motion to Dismiss the Amended Complaint (ECF # 26) will also be moot and Defendants Scepter Canada Inc. and 1216037 Ontario, Inc. will not be required file a response to the Amended Complaint.

Grant of leave to file the Second Amended Complaint is appropriate because this case is in its procedural infancy and the amendment updates the pleadings to permit all parties to focus

on and frame responsive pleadings.  Defendants Scepter Canada and 1216037 Ontario, Inc. have not yet entered appearances or filed a responsive pleading. The parties have not yet exchanged Rule 26 disclosures nor had a Scheduling Conference.  Amendment thus will not prejudice any party.

**I.     Procedural History**

On December 11, 2018, No Spill filed its original Complaint, naming as defendants Scepter Manufacturing and Scepter Corporation. ECF # 1. On March 28, 2019, defendants Scepter Manufacturing and Scepter Corporation filed a motion to dismiss. ECF ## 11, 15. In that motion to dismiss, Scepter Manufacturing and Scepter Corporation argued, among other things, that Scepter Corporation was improperly named because it no longer exists, and is now known as 1216037 Ontario, Inc. Scepter Canada, Inc. ("Scepter Canada") is another entity in defendants' corporate structure.

Accordingly, on April 17, 2019, No Spill filed its First Amended Complaint and *inter alia* added Scepter Canada as a defendant. ECF # 21. On May 1, 2019, Scepter Manufacturing filed its motion to dismiss the First Amended Complaint raising additional procedural and substantive issues. ECF # 26.

As a result of these pleadings, counsel discussed the defendants' corporate structure and agreed to participate in an informal exchange of information regarding the parties to the suit in an effort to narrow the issues.  Scepter Corporation and Scepter Manufacturing consequently informally provided documents on June 21, 2019.  Plaintiff No Spill has reviewed those documents, and has continued its own factual and legal investigation, and has included that updated information within its proposed Second Amended Complaint.

CORE/3002339.0003/153612876.3

**II.     Argument and Authorities for Leave to File Second Amended Complaint**

"A party may amend its pleading . . . with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Defendants' counsel do not oppose the filing of the proposed Second Amended Complaint.

The parties are conferring to propose, if possible, a unified deadline for responses to be filed to the Second Amended Complaint. If such agreement is reached it will be provided to the Court for its review and potential approval.

WHEREFORE, plaintiff No Spill respectfully moves the Court to grant this Motion for Leave to File a Second Amended Complaint in the form attached to the motion.

Respectfully submitted,

STINSON LLP

By: */s/ Douglas R. Dalgleish*
Douglas R. Dalgleish, KS #22328
Bradley J. Yeretsky, KS #21092
Bryce E. Langford, KS #27548
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 691-3495
doug.dalgleish@stinson.com
brad.yeretsky@stinson.com
bryce.langford@stinson.com

and

Robert M. Evans, Jr., Mo Bar #35613
(*Pro Hac Vice* forthcoming)
7700 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Tel: (314) 345-7004
Fax: (314) 345-7600
robert.evans@stinson.com
**Attorneys for Plaintiff No Spill Inc.**

3

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of July, 2019, I filed the foregoing through Court's CM/ECF system, which will send notice of the electronic filing to all counsel of record.

                                      */s/ Douglas R. Dalgleish*
                                      Attorney for Plaintiff No Spill Inc.

CORE/3002339.0003/153612876.3