## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-cv-2681-JAR-KGG |
| | ) |
| SCEPTER CANADA, INC., | ) |
| | ) |
| and | ) |
| | ) |
| SCEPTER MANUFACTURING LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### EXHIBITS INDEX
### DEFENDANTS' MOTION TO STRIKE
### DEFENDANTS' MOTION TO STRIKE PLAINTIFF NO SPILL INC.'S AMENDED INFRINGEMENT CONTENTIONS AND RELATED DISCLOSURES FOR FAILING TO COMPLY WITH D. KAN. PAT. R. 3.5(b), AND
### DEFENDANTS' MOTION FOR ATTORNEYS' FEES

| Exhibit | Document |
|---|---|
| | |
| 1 | October 26, 2020, Declaration of Glen Stevick in Support of Defendants' Motion to Strike Plaintiff No Spill, Inc.'s Amended Infringement Contentions and Related Disclosures for Failing to Comply with D. Kan. Pat. R. 3.5(b) and Defendants' Motion for Attorneys' Fees |
| 2 | Curriculum Vitae of Glen Stevick |
| 3 | June 18, 2015, Declaration of Thomas M. Cray Pursuant to 37 C.F.R. § 1.132 |
| 4 | May 19, 2020, Exhibit A-1 to Plaintiff No Spill, Inc.'s Initial Infringement Contentions |
| 5 | June 25, 2020, No Spill, Inc.'s Responses to Scepter Canada, Inc.'s Second Set of Interrogatories |

| **Exhibit** | **Document** |
|---|---|
| 6 | September 8, 2020, No Spill, Inc.'s Preliminary Claim Constructions and Identification of Extrinsic Evidence, which was filed with the Court on September 22, 2020 (Dkt. 139-1) |
| 7 | September 25, 2020, Declaration of Glen Stevick in Support of Defendants' Proposed Claim Constructions of U.S. Patent Nos. 9,174,075 and 10,029, 132 |
| 8 | October 1, 2020, Exhibit A-1 to Plaintiff No Spill, Inc.'s Supplemental Infringement Contentions |
| 9 | October 16, 2020, Responsive Declaration of Glen Stevick in Support of Defendants' Proposed Claim Constructions of U.S. Patent Nos. 9,174,075 and 10,029, 132 |
| 10 | October 22, 2020, email from Michael Hartley to Holly Dyer |
| 11 | October 1, 2020 email from Bryce Langford to Holly Dyer |
| 12 | October 7, 2020 email from Michael Hartley to Holly Dyer |
| 13 | May 28, 2020 Letter from Lisa Nguyen to Douglas Dalgleish |
| 14 | October 8, 2020 email from Holly Dyer to Michael Hartley |
| 15 | June 11, 2020 Letter from Douglas Dalgleish to Lisa Nguyen |
| 16 | June 16, 2020 Letter from Lisa Nguyen to Douglas Dalgleish |
| 17 | June 19, 2020 Letter from Lisa Nguyen to Michael Hartley |
| 18 | July 22, 2020 Letter from Lesley Hamming to Michael Hartley |
| 19 | August 4, 2020 Letter from Lesley Hamming to Douglas Dalgleish |
| 20 | August 5, 2020 Letter from Lesley Hamming to Douglas Dalgleish |
| 21 | June 18, 2020 Letter from Michael Hartley to Lisa Nguyen |
| 22 | July 29, 2020 email from Lesley Hamming to Michael Hartley |