# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL, LLC, | ) |
| and | ) |
| TC CONSULTING, LLC | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 18-cv-2681-JAR-KGG |
| SCEPTER CANADA, INC., | ) |
| and | ) |
| SCEPTER MANUFACTURING LLC, | ) |
| Defendants. | ) |

**NOTICE OF DECISION BY THE PATENT TRIAL AND APPEAL BOARD**

Plaintiffs No Spill, LLC and TC Consulting, LLC notify the Court that the Patent Trial and Appeal Board ("Board") issued a Final Written Decision on July 2, 2021 in IPR2020-00360. The Board determined that none of the claims of U.S. Patent No. 10,029,132 were unpatentable. A copy of the Board's Final Written Decision is attached here as Exhibit 1.

Respectfully submitted,

STINSON LLP

By: _s/ Bryce E. Langford_
Douglas R. Dalgleish, KS #22328
Bradley J. Yeretsky, KS #21092
Zachary H. Hemenway, #21092
Bryce E. Langford, KS #27548
Stinson LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 842-8600
Fax: (816) 691-3495

doug.dalgleish@stinson.com
brad.yeretsky@stinson.com
zachary.hemenway.com
bryce.landford@stinson.com

Andrew J. Scavotto  (*admitted pro hac vice*)
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO  63105-1821
Tel:  (314) 719-3048
Fax:  (314)259-3959
andrew.scavotto@stinson.com


LEWIS RICE
Robert M. Evans, Jr.
Michael J. Hartley
600 Washington Ave., Ste. 2500
St. Louis, MO 63101
Tel: (314) 444-7600
revans@lewisrice.com
mhartley@lewisrice.com
*Pro hac pending*

***Attorneys for Plaintiff No Spill Inc.***

# CERTIFICATE OF SERVICE

The undersigned hereby states that on this 2nd of July, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

Foulston Siefkin LLP
Jay F. Fowler
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Tel: (316) 291-9541
jfowler@foulston.com

Holly A. Dyer
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Tel: (316) 291-9773
hdyer@foulston.com

Latham & Watkins LLP
Robert Steinberg
10250 Constellation Blvd.
Suite 1100
Los Angeles, CA 90067
Tel: (424) 653-5500
bob.steinberg@lw.com

Lisa K. Nguyen
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
lisa.nguyen@lw.com

***Attorneys for Defendants***

/s/ Bryce E. Langford
Attorney for Plaintiff