IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NO SPILL, LLC                              )
                                           )
and                                        )
                                           )
TC CONSULTING, INC.                        )    C.A. No.  1:18-cv-2681-HLT-KGG
                                           )
                          Plaintiff,       )
v.                                         )
                                           )
SCEPTER CANADA, INC.,                      )
                                           )
and                                        )
                                           )
SCEPTER MANUFACTURING LLC,                 )
                                           )
                          Defendants.      )

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of September, 2021, Plaintiff No Spill Inc.

served its Fourth Set of Interrogatories to Defendant Scepter Canada, Inc.

Respectfully submitted,

STINSON LLP

By:   */s/ Bryce Langford*
      Douglas R. Dalgleish, KS #22328
      Bradley J. Yeretsky, KS #21092
      Zachary H. Hemenway, #21092
      Bryce E. Langford, KS #27548
      Stinson LLP
      1201 Walnut Street, Suite 2900
      Kansas City, MO 64106
      Tel:  816.842.8600
      Fax:  816.691.3495
      Doug.dalgleish@stinson.com
      Brad.yeretsky@stinson.com
      Zachary.hemenway.com
      Bryce.landford@stinson.com

Andrew J. Scavotto (*admitted pro hac vice*)
Stinson LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO  63105-1821
Tel:  314.719.3048
Fax:  314.259.3959
andrew.scavotto@stinson.com

LEWIS RICE
Robert M. Evans, Jr.
Michael J. Hartley
600 Washington Ave., Ste. 2500
St. Louis, MO 63101
Tel:  314.444.7600
revans@lewisrice.com
mhartley@lewisrice.com
*Attorneys for Plaintiff No Spill Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby states that on this 30th day of September, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

Gabriel K. Bell
Latham & Watkins
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004-1304
202.637.2200
202.637.2201 (Fax)
Gabriel.bell@lw.com

Jordan Bergsten
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
jbergsten@shb.com

Stefon, David
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
sdavid@shb.com

Holly A. Dyer
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316.291.9773
866.738.3157 (Fax)
hdyer@foulston.com

Ryan D. Dykal
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
rdykal@shb.com

Jay F. Fowler
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
316.291.9541
jfowler@foulston.com

Belinda S. Lee
Latham & Watkins LLP 505 Montgomery Street,
Suite 2000
San Francisco, CA  94111-6538
415.391.0600
415.395.8095 (Fax)
Belinda.lee@lw.com

Lisa K. Nguyen
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
650.328.4600
650.463.2600 (Fax)
Lisa.nguyen@lw.com

Laurie Ann Novion
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
lnovion@shb.com

Lydia C. Raw
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
lraw@shb.com

Joseph M. Rebein
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
jrebein@shb.com

CORE/3002339.0003/169785738.1

Scott W. Sayler
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
ssayler@shb.com

Robert Steinberg
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
424.653.5500
424.653.5501 (Fax)
Bob.steinberg@lw.com

B. Trent Webb
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO  64108-2613
816.474.6550
816.421.5547 (Fax)
bwebb@shb.com


_/s/ Bryce Langford_ _____
Attorney for Plaintiff