IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL, LLC and TC CONSULTING, INC., <br><br>Plaintiffs, <br><br>v. <br><br>SCEPTER CANADA INC., and SCEPTER MANUFACTURING, LLC, <br><br>Defendants. | Case No. 2:18-cv-02681-HLT-KGG |
| SCEPTER CANADA INC. and SCEPTER MANUFACTURING, LLC, <br><br>Counter-Plaintiffs, <br><br>v. <br><br>NO SPILL, LLC, TC CONSULTING INC., MIDWEST CAN COMPANY, LLC, GENNX360 CAPITAL PARTNERS, GENNX/MWC ACQUISITION, INC., and ARGAND PARTNERS, LP <br><br>Counter-Defendants. | |

**COUNTER-DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR FAILURE TO STATE A CLAIM**

No Spill, LLC, TC Consulting, Inc., Midwest Can Company, LLC, GenNx360 Capital Partners, LP, GenNx/MWC Acquisition, Inc., and Argand Partners, LP (collectively, Counter-Defendants), through the undersigned counsel, jointly request that this Court issue an Order dismissing the Counterclaims filed by Scepter Canada Inc. and Scepter Manufacturing, LLC (collectively, Counter-Plaintiffs) pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). This motion is based on lack of subject matter jurisdiction and failure to state antitrust claims. In support of this motion, Counter-Defendants have submitted an accompanying memorandum. A lightly

1

redacted version of the accompanying memorandum will be filed publicly, and an unredacted version of the accompanying memorandum will be the subject of a separate motion to seal.

Respectfully submitted,

**AXINN, VELTROP & HARKRIDER LLP**

By: s/ Nicholas E.O. Gaglio

Nicholas Emrys Owen Gaglio
Varnitha Siva
Axinn, Veltrop & Harkrider LLP
114 West 47th Street, 22nd Floor
New York, NY 10036
Tel: 212-728-2220
ngaglio@axinn.com
vsiva@axinn.com
*Pro hac admitted*

**BARBER EMERSON, LC**

By: s/ Terrence J. Campbell

Terrence J. Campbell, KS #18377
Catherine C. Theisen, KS # 22360
1211 Massachusetts Street
PO Box 667
Lawrence, KS 66044
Tel: 785-843-6600
tcampbell@barberemerson.com
ctheisen@barberemerson.com

*Attorneys for Argand Partners, LP, Midwest Can Company, LLC, GenNx/MWC Acquisition, Inc.*

**STINSON LLP**

Douglas R. Dalgleish, KS #22328
Bradley J. Yeretsky, KS #21092
Zachary H. Hemenway, KS #23602
Bryce E. Langford, KS #27548
1201 Walnut Street, Suite 2900
Kansas City, MO 64106

Tel: (816) 842-8600
Fax: (816) 691-3495
doug.dalgleish@stinson.com
brad.yeretsky@stinson.com
zachary.hemenway.com
bryce.langford@stinson.com

Andrew J. Scavotto (*admitted pro hac vice)*
7700 Forsyth Blvd., Suite 1100
St. Louis, MO  63105-1821
Tel:  (314) 719-3048
Fax:  (314)259-3959
andrew.scavotto@stinson.com

**LEWIS RICE LLC**

Robert M. Evans, Jr.
Michael J. Hartley
600 Washington Ave., Ste. 2500
St. Louis, MO 63101
Tel:  314-444-7600
revans@lewisrice.com
mhartley@lewisrice.com
*Pro hac admitted*

***Attorneys for No Spill, Inc. and TC Consulting, Inc.***

**WINSTON & STRAWN LLP**

Luke A. Connelly
200 Park Avenue
New York, NY  10166
Tel: 212-294-6882
lconnell@winston.com
*Pro hac admitted*

**GRAVES GARRETT LLC**

Andrew P. Alexander, KS #27743
Edward D. Greim, KS #21077
1100 Main Street
Suite 2700
Kansas City, MO 64105
Tel: 816-256-3181
aalexander@gravesgarrett.com

3

edgreim@gravesgarrett.com

*Attorneys for GenNx360 Capital Partners, LP*

4

**CERTIFICATE OF SERVICE**

The undersigned hereby states that on this 15th day of November, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which sent notice of electronic filing to all counsel of record.

*s/ Terrence J. Campbell*
Attorney for *Argand Partners, LP, Midwest Can Company, LLC, GenNx/MWC Acquisition, Inc.*
