## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL, LLC,<br><br>       Plaintiff,<br>v.<br><br>SCEPTER CORPORATION, and<br>SCEPTER MANUFACTURING LLC,<br><br>       Defendants. | Case No. 2:18-cv-2681-HLT-KGG |
| SCEPTER CANADA, INC. and SCEPTER MANUFACTURING, LLC,<br><br>       Counterclaim-Plaintiffs,<br>v.<br><br>NO SPILL, LLC, TC CONSULTING INC., MIDWEST CAN COMPANY, LLC, GENNX360 CAPITAL PARTNERS, GENNX/MWC ACQUISITION, INC., and ARGAND PARTNERS, LP<br><br>       Counterclaim-Defendants | JURY TRIAL DEMANDED |

**GENNX360 CAPITAL PARTNERS, LP'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Counterclaim Defendant GenNx360 Capital Partners, LP, by and through its counsel, moves to dismiss counts I, IV, and V of Scepter Canada, Inc. and Scepter Manufacturing, LLC's Counterclaims (Dkt. 317), as asserted against GenNx360, with prejudice, for failure to state a claim upon which relief may be granted in accordance with Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Defendants concurrently submit their Memorandum of Law, which is incorporated in full. GenNx360 also joins in and incorporates Counterclaim Defendants' Motion

to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Dkt. 359), for the reasons outlined in their accompanying Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Failure to State a Claim (Dkt. 361).

Dated:  November 15, 2021

Respectfully submitted,

By: *s/ Edward D. Greim*
Edward D. Greim, #21077
Andrew P. Alexander, #27743
Graves Garrett LLC
1100 Main Street
Kansas City, MO 64105
(816) 256-4144
edgreim@gravesgarrett.com
aalexander@gravesgarrett.com

Luke A. Connelly (admitted *pro hac vice*)
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
LConnelly@winston.com

Matt Campbell
Winston & Strawn LLP
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000
MACampbe@winston.com

*Attorneys for Defendant*
*GenNx360 Capital Partners LP*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by electronically filing upon all counsel of record.

Dated: November 15, 2021

*s/ Edward D. Greim*
Edward D. Greim
edgreim@gravesgarrett.com