IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL, LLC and TC CONSULTING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SCEPTER CANADA, INC. and SCEPTER MANUFACTURING LLC, <br><br> Defendants. | Case No. 2:18-cv-02681-HLT |

## ORDER

The Court conducted a jury trial in this case on infringement and invalidity. The jury reached a verdict on these claims. But bifurcated state law claims remained for resolution. The parties reached agreement on these claims and filed a joint stipulation of voluntary partial dismissal (Doc. 717) and a joint motion for entry of judgment (Doc. 718).

The stipulation dismissed with prejudice the remaining state-law claims (e.g., Counts III, IV, V, and VI of the Second Amended Complaint) with each party to bear its own costs, expenses, and attorney's fees on those claims. It also stipulated that each party would bear its own costs, expenses, and attorney's fees for the previously dismissed counterclaims. But the stipulation technically did not comply with Rule 41 because it was not signed by all parties who had appeared. The Court sent an email to the parties outlining its concerns and setting a teleconference. Plaintiffs' counsel represented during the teleconference that all counterclaim defendants for the antitrust counterclaims agreed to bear their own costs, expenses, and attorney's fees.

The Court will treat the joint stipulation (Doc. 717) as an unopposed motion and grant it. The Court dismisses with prejudice Plaintiffs' Counts III, IV, V, and VI of the Second Amended Complaint, with each party to bear its own costs, expenses, and attorney's fees on those counts. The Court further orders that each party will bear its own costs, expenses, and attorney's fees on the previously dismissed counterclaims for (1) violation of Sherman Act § 1, (2) violation of Sherman Act § 2, and (3) violation of Clayton Act § 7.

The Court also grants the joint motion for entry of judgment (Doc. 718). Judgment is forthcoming.

IT IS SO ORDERED.

Dated: April 24, 2023            /s/  *Holly L. Teeter*
                                 HOLLY L. TEETER
                                 UNITED STATES DISTRICT JUDGE