IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NO SPILL, LLC and TC CONSULTING, INC.,<br><br>　　　**Plaintiffs,**<br><br>　　　v.<br><br>SCEPTER CORPORATION, SCEPTER MANUFACTURING LLC, SCEPTER CANADA, INC., MIDWEST CAN COMPANY, LLC, GENNX/MWC ACQUISITION INC., ARGAND PARTNERS, LP, and GENNX360 CAPITAL PARTNERS,<br><br>　　　**Defendants.** | Case No. 2:18-cv-02681-HLT |

## JUDGMENT IN A CIVIL CASE

☒　　Jury Verdict.　This action came before the Court for a jury trial.　The issues have been tried and the jury has rendered its verdict (Doc. 711).

　　　Judgment is entered in favor of Defendant Scepter Canada, Inc. as to direct infringement of the '075 and '132 patent claims.

　　　Judgment is entered in favor of Defendants Scepter Canada, Inc. and Scepter Manufacturing LLC as to indirect infringement by active inducement of the '075 and '132 patent claims.

　　　Judgment is entered in favor of Plaintiffs No Spill, LLC and TC Consulting, Inc. as to invalidity of the '075 and '132 patent claims.

☒　　Decision by the Court.　This action came before the Court.　The issues have been considered and a decision has been rendered.

　　　Pursuant to the Memorandum and Order (Doc. 67), Defendant Scepter Corporation n/k/a 1216037 Ontario, Inc. was dismissed without prejudice.

　　　Pursuant to the Memorandum and Order (Doc. 435), Defendants Midwest Can Company,

LLC, GenNx/MWC Acquisition Inc., GenNx360 Capital Partners, and Argand Partners, LP were dismissed with prejudice.

Pursuant to the Memorandum and Orders (Docs. 71, 257, and 637), the Court issued dispositive rulings and construed terms in the asserted patent claims.

Pursuant to the Order (Doc. 722), Counts III, IV, V, and VI of Plaintiffs' Second Amended Complaint (Doc. 41) were dismissed with prejudice, each party to bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

                                                SKYLER O'HARA
                                                CLERK OF THE COURT

Dated: April 24, 2023                */s/ M. Deaton*
                                                By Deputy Clerk